

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE L. SANTIAGO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | NO. 10-5440 |

FILED

**ORDER**

AND NOW, this 16th day of November, 2011, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response to Request for Review of Plaintiff, the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The decision of the Administrative Law Judge dated October 29, 2009 is AFFIRMED.

3. JUDGMENT IS ENTERED AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY, and the relief sought by Plaintiff is DENIED.

4. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

EDUARDO C. ROBRENO, J.